[No. 68815-4-I.   Division One.   February 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER JAMES CARR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06599-1, James D. Cayce, J., entered May 11, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.

[No. 68937-1-I.   Division One.   February 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVIA C. KNOPP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06313-1, Sharon S. Armstrong, J., entered May 17, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Verellen, JJ.

[No. 68940-1-I.   Division One.   February 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DALE MONSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00276-9, Larry E. McKeeman, J., entered May 18, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.

[No. 69195-3-I.   Division One.   February 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY D. KOLLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-02239-7, Richard T. Okrent, J., entered August 9, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Schindler, JJ.